UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-5528-BHS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| SCOTT A. BYRNE, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 8, 2013. The United States was represented by AUSA Jeffrey Backhus for Michael Dion and the defendant by Jennifer Wellman for Zenon Olbertz. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 15, 2009 by the Honorable Robert J. Bryan on a charge of Conspiracy to Commit Armed Bank Robbery, and sentenced to eight months custody (with credit for time served), three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, pay restitution in the amount of $19,216, provide

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

access to financial information as requested, and be prohibited from incurring new credit obligations or opening new lines of credit without permission. (Dkt. 378.) The case was reassigned to Judge Settle on June 18, 2012.

Supervision was modified on July 23, 2012 to require defendant to participate in drug treatment and testing. (Dkt. 400.) On July 30, 2012, defendant's probation officer reported that he tested positive for methamphetamine. Defendant was placed in a structured testing program, and referred for professional assessment, counseling, and intensive outpatient treatment. No further action was taken at the time. (Dkt. 401.)

On September 10, 2012, defendant admitted violating the conditions of supervised release by using methamphetamine on or about July 25 and August 13, 2012. Defendant was sentenced to 30 days in custody, two years supervised release. He was further required to participate in mental health treatment and sixty days of home confinement with electronic monitoring. (Dkt. 402, 409.)

In an application dated February 6, 2013 (Dkt. 410, 411), U.S. Probation Officer Jennifer Van Flandern alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or about January 11, 2013, in violation of standard condition 7.

2. Using methamphetamine on or about January 15, 2013, in violation of standard condition 7.

3. Using amphetamine on or about February 1, 2013, in violation of standard condition 7.

4. Failing to attend chemical dependency treatment on January 28, 2013, and

Case 3:06-cr-05528-BHS   Document 419   Filed 02/08/13   Page 3 of 3

February 4, 2013, in violation of the special condition requiring he participate in chemical dependency treatment.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 1, 2, and 3 and waived any evidentiary hearing as to whether they occurred. He requested an evidentiary hearing on violation 4. (Dkt. 412.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 2, and 3, that the Court conduct an evidentiary hearing on alleged violation 4, and that the Court conduct a hearing limited to the issue of disposition for violations 1, 2, and 3.   The next hearing will be set before Judge Settle.

Pending a final determination by the Court, defendant has been detained.

DATED this 8th day of February, 2013.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Benjamin H. Settle
     AUSA:                   Jeffrey Backhus, Michael Dion
     Defendant's attorney:   Jennifer Wellman, Zenon Olbertz
     Probation officer:      Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3